```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA            :

        -against-                              :        16-cr-00528 (UA)

LIDYA MARIA RADIN,                   :        **ORDER**

        Defendant.                            :
------------------------------------------------------------X

**DEBRA FREEMAN, Chief United States Magistrate Judge:**

    Defendant Lidya Maria Radin has previously been informed by this Court that, if she wishes to proceed *pro se* in the criminal action against her, then she should take any papers that she wishes to file in that action to this Court's *Pro Se* Office. More specifically, Defendant should deliver any papers to the *Pro Se* Intake Unit, located in Room 200, at the U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The *Pro Se* Intake Unit has been instructed to accept papers that Defendant personally delivers to that Unit, and it will ensure that any filings in the above-captioned action are appropriately docketed.

    Defendant should not attempt to deliver papers, either on her own or through any surrogate who is not her counsel, to Room 120 (the Clerk of Court) or to Room 520 (the Clerk's Office for the Arraignment Court). Nor should she fax papers to the chambers of the undersigned, or to any other judge's chambers in connection with her criminal case, absent express permission to do so. As of this date, any papers faxed to the chambers of the undersigned without permission will be returned to Defendant, with a copy of this Order, by regular mail.

Defendant is further directed not to place telephone calls to the chambers of the undersigned, or to any other judge's chambers, in connection with her criminal case, either on her own behalf or through any surrogate who is not her counsel. If Defendant continues to call the chambers of the undersigned, her calls will be redirected to the Court's *Pro Se* Intake Unit. The phone number for the *Pro Se* Intake Unit is (212) 805-0175.

Dated: New York, New York
        August 17, 2016

                              SO ORDERED

                              DEBRA FREEMAN
                              Chief United States Magistrate Judge

Copies to:

Lidya Maria Radin, c/o Joe Friendly
203 W. 107th Street, #8A
New York, NY 10025

A.U.S.A. Stephanie Lake (via ECF)

*Pro Se* Intake Unit, S.D.N.Y.

Ruby J. Krajick, Clerk of Court