```
UNITED STATES DISTRICT COURT                              ECF CASE
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                        NOTICE OF APPEARANCE AND
     - v. -                      :      REQUEST FOR ELECTRONIC
                                        NOTIFICATION
LIDYA MARIA RADIN,               :
                                        16 Cr. 528 (HBP)
          Defendant.
                                 :
- - - - - - - - - - - - - - - - - x
```

TO:     Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests that the Clerk note his appearance in this case and add him as a filing user to whom notices of electronic filing in this case will be transmitted.

Dated:  New York, New York
        September 27, 2016

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney
                              Southern District of New York

                        By:   /s/ MICHAEL FERRARA
                              Assistant U.S. Attorney
                              212-637-2526


TO:     Defense (by ECF)