```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    SUPERSEDING
                                       MISDEMEANOR
          - v. -                  :    INFORMATION

LIDYA MARIA RADIN,                :    S1 16 Cr. 528 (HBP)

                    Defendant.    :

- - - - - - - - - - - - - - - - - x
```

## COUNT ONE

The United States Attorney charges:

1. On or about January 28, 2016, in the Southern District of New York, LIDYA MARIA RADIN, the defendant, willfully and knowingly failed to comply with signs of a prohibitory, regulatory, and directory nature, and the lawful direction of federal police officers and other authorized individuals on federal property, to wit, RADIN refused to comply with the lawful directions of authorized court security personnel that she not enter an elevator with another individual at the Federal Courthouse located 500 Pearl Street, new York, New York.

(Title 41, Code of Federal Regulations, Section 102-74.385.)

## COUNT TWO

The United States Attorney further charges:

2. On or about July 7, 2016, in the Southern District of New York, LIDYA MARIA RADIN, the defendant, willfully and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-26-16

knowingly loitered, exhibited disorderly conduct, and exhibited other conduct on federal property that created loud and unusual noise and nuisance, to wit, RADIN yelled and screamed in the lobby of the Federal Courthouse located at 500 Pearl Street, New York, New York.

(Title 41, Code of Federal Regulations, Section 102-74.390(a).)

## COUNT THREE

The United States Attorney further charges:

3. On or about July 7, 2016, in the Southern District of New York, LIDYA MARIA RADIN, the defendant, willfully and knowingly failed to comply with signs of a prohibitory, regulatory, and directory nature, and the lawful direction of federal police officers and other authorized individuals on federal property, to wit, RADIN refused to comply with the lawful directions of authorized court security personnel that she leave the Federal Courthouse located at 500 Pearl Street, New York, New York.

(Title 41, Code of Federal Regulations, Section 102-74.385.)

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LIDYA MARIA RADIN,

Defendant.

**SUPERSEDING**
**MISDEMEANOR**
**INFORMATION**

S1 16 Cr. 528 (HBP)

(41 C.F.R. § 102-74.390(a).)
(41 C.F.R. § 102-74.385.)

PREET BHARARA
United States Attorney.

9/26/16 Fld. Superseding misdemeanor Information.

Pitman, USMJ