**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007

CHAMBERS OF
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/16
```

17 November, 2016

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Ms. Lidya M. Radin
c/o Joe Friendly
Apt. 8-A
203 West 107th Street
New York, New York 10025

Re: United States v. Radin
16 Cr. 528 (HBP)

Dear Ms. Radin:

Enclosed please find a memo to you from the Central Violations Bureau dated November 4, 2016 attached to which is the certified copy of a dismissal slip signed by Judge Peck, dismissing tickets that were issued to you on January 28 and July 7, 2016. You left these documents in my courtroom after the conference that was held on November 10.

I have been advised that the original of the dismissal slip is on file with the criminal clerks on the fifth floor at 500 Pearl Street. I understand Mr. Vincent Babino can show it to you or provide a copy if necessary.

Very truly yours,

Henry Pitman
HENRY PITMAN
United States Magistrate Judge

cc: Stephanie L. Lake
    Assistant United States Attorney