<u>Memo</u>: To the Clerk of Court

<u>From</u>: Lidya Maria Radin

<u>RE</u>: Criminal case, docket no: 16-cr-528
      U.S. v. Radin

<u>Date</u>: February 2, 2017

- This original filing is for Clerk of Court, only (Motion for Filing).

- This is not to go to the Pro Se office.

- I explicitly and expressly state that I want nothing to do with the Pro Se office, and explicitly and expressly demand that Pro Se Staff Attorneys have nothing to do with my criminal case and do <u>not</u> engage in the unauthorized practice of law by involving themselves in my case in any way.

- Thank you.

Lidija Maria Radin

2-February-2017

UNITED STATES DISTRICT COURT                    docket no: 16-cr-528 (HBP)
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                    **AMENDED MOTION: TO DISQUALIFY**
                                             **MAGISTRATE PITMAN & AUSA LAKE**
                Plaintiff,                   **AND MOTION TO DISMISS FOR LACK**
                                             **OF JURISDICTION & OTHER RELIEF**

        v.

LIDYA MARIA RADIN                            **ORAL ARGUMENT DEMANDED**
                Defendant
                                    /        ORiGiNaL for SCANNiNg
                                             & filing

**This is an Amended Motion to include moving the Court to disqualify AUSA Stephanie**
**Lake for lying.**

I move this Court to remove AUSA Lake from this case for lying.

I am compelled to amend My " Motion to Disqualify Magistrate Pitman for Bias & as a Material
Witness, etcetera " to include a Motion to Disqualify Assistant United States Attorney
( AUSA ) Stephanie Lake  because in an Opposition that Lake styled as "The Government's
Opposition to Defendant's Motion to Disqualify" AUSA Lake made false statements to mislead
the Court.

Point One:   AUSA Stephanie Lake is the living woman and dishonest attorney who lied to
mislead this Court, not some nameless, faceless entity, " The Government". Stephanie Lake is
the living woman and dishonest attorney who colluded and conspired in crimes and
transgressions against Me and the general public.

Point Two:   AUSA Lake **violated Local Rule 7.2, Authorities to be Provided to Pro Se**
**Litigants**. Again, Lake demonstrated bad faith and deprived this Court of jurisdiction by
refusing to obey the local rule that binds her. Lake is required to give Me hard-copies of all the
case law that Lake cited in her paperwork to support her contentions, plus hard-copies of all the
case law that does not.

Point Three:   AUSA Lake should not be opposing My Motion to " Disqualify Magistrate Pitman
for Bias & as a Material Witness, etcetera " . Strictly speaking, Lake should not care. Lake is
supposed to be neutral, disinterested, unbiased, detached, and supposed to follow the evidence
wherever it leads. Lake is not supposed to care which judge presides on her case. The fact that

1

AUSA Lake is fighting to keep Magistrate Pitman on this case and no other judge provides more evidence that Lake is colluding with dishonest magistrate judges.

Magistrates Freeman, Peck, and Pitman already lied and colluded in crimes in connection with Federal ticket H5118158. This ticket was never filed in federal district court such that a case based on this ticket was never opened in federal district court. A statement of probable cause, a statement of facts sworn to under oath that would lead a reasonable man or woman to believe that I committed an offense or a crime, in support this ticket, H5118158, never was filed in federal district court. As a threshold issue, on December 2, 2016, Chief Deputy Clerk Richard Wilson confessed and admitted that U.S. Attorney Preet Bharara and his assistants had no lawful basis to compel my appearance in connection with ticket H5118158, or tickets H5118172, 6198601, and 6198602 either, for that matter, as a Notice of Appearance from the Center Violations Bureau is not a summons that invokes the jurisdiction of the federal district court.

On December 2, 2016, Chief Deputy Clerk Richard Wilson confessed and admitted that U.S. Attorney Preet Bharara and his assistants embroiled Me in sham proceedings from February 4, 2015 to October 2015, in connection with H5118158, see paragraphs 12, 13, 14, and 15 of Eric Richmond's January 4, 2017 affidavit filed in support of my January 5, 2017 Motion to Disqualify Magistrate Pitman for Bias and as a Material Witness, etcetera.

In connection with federal ticket H5118158 Lake's assertion that she gave Me everything is a lie, and a violation of Lake's and her colleagues' ongoing duty under Brady ( Brady v. Maryland, 373 U.S. 83, 1963 ), because Lake's colleagues are required, as per the U.S. Attorney's manual, to give me everything they have in connection with federal ticket H5118158 including a statement of why AUSA Mathew Podolsky and his colleagues declined to prosecute from meetings with Me in September 2015 and in October 2015, including any and all information in connection with my arrest without a warrant on February 4, 2015, Deputy U.S. Marshal James Howard's transfer to another district, Homeland Security Officer Justine Green's so-called investigation, and recorded statements made by Homeland Security Inspector Justin Greene and another Homeland Security Officer, falsely asserting that I was "hospitalized in Bellevue" when, in fact, I was never hospitalized in Bellevue. I worked at Bellevue.

Point Four:  To cover-up for the fact that this Court did not obtain personal jurisdiction to prosecute Me, and to cover-up for the fraud that this Court perpetrated on the general public by pretending that a Notice to Appear from the Central Violations Bureau invokes the jurisdiction of the federal court at the Southern district of New York, and to collude and conspire with a dishonest Court, Lake lied in her Opposition stating that I appeared "voluntarily".

In fact, on 8/10/2016 Magistrate Freeman, unlawfully, threatened me with arrest, if I did not appear, see unlawful order, docket sheet, #2: "...*then, this Court will issue a bench warrant for*

*defendant's appearance.*"   In fact, Kristina Green, of Simpson, Thacher, & Bartlett, is my witness to the fact that Magistrate Freeman threatened Me unlawfully, and Kristina Green and her boss, Joshua Levine are my witnesses, albeit hostile witnesses, because they sanctioned and endorsed, colluded and conspired in this malicious prosecution against Me.

In fact, on 09/01/2016, unlawfully, Magistrate Pitman, threatened Me again, docket sheet, # 7: " *Defendant is ORDERED to appear in person at the conference; if defendant fails to appear at the conference, a warrant will issue for her arrest.*"

In fact, Magistrates Freeman and Pitman threatened Me unlawfully and in excess of their authority and jurisdiction because as threshold issues, the jurisdiction of the federal district court at the Southern district of New York was never obtained.

The facts are as follows; see also the accompanying flowcharts,  Chart One, jurisdiction, and Chart Two, Double Jeopardy.

Federal ticket H5118172, wherein I was arrested without a warrant on 1/28/2016 and without probable cause, is a fraud on its face.   Federal ticket H5118172  charges 18 USC sec. 111(a)(1), a Class A misdemeanor/felony, assaulting (touching)  a federal officer , on a violation ticket, in violation of the Federal Rules of Criminal Procedure.  On January 28, 2016, after I was arrested, handcuffs placed on Me unlawfully, without a warrant, without probable cause, by Frank Pena, a contract guard, handcuffed behind my back, confined and not free to leave the courthouse for over an hour, I was never brought before a judge on January 28, 2016, in violation of the Federal Rules of Criminal Procedure, depriving this Court of jurisdiction.

This ticket, H5118172, was never filed in federal court.  A statement of probable cause in support of this ticket was never filed in federal court.  Magistrate Peck and AUSA Lake lied when they claimed that this ticket was dismissed on August 26, 2016, because a case based on this ticket, H5118172, was never opened in federal district court, see certified document from Central Violations Bureau, "COMPLAINT/REMOVAL DISMISSAL" as an exhibit with my January 5, 2017 Motion to Disqualify Magistrate Pitman.

**Note:** the statement that was filed in connection with ticket H5118172, as Exhibit A in Lake's Opposition is based on **inadmissible hearsay by Homeland Security Officer Sandrowsky**, see the January 30, 2017 affidavit of Eric Richmond, attached, and  the 1/21/17 affidavit of eye-witness Dean Loren, also attached.  Homeland Security Officer Sandrowsky's 1/28/2016 statement was never filed in federal district court with ticket H5118172 to open a case such that the jurisdiction of the federal court was never obtained.

3

In connection with Frank Pena's attack on Me on January 28, 2016, see also the affidavits of eye-witness Dean Loren already filed in Halleck et al, v. City of New York, et al, docket no: 15-cv-8141, and Dean Loren's affidavits filed in my two Petitions for a Writ of Habeas Corpus, docket numbers: 16-cv-6307, and 16-cv-6724 regarding the unwarranted attack on Me by contract guard Frank Pena.  These Petitions for a Writ of Habeas Corpus were dismissed unlawfully, and before I got a chance to move to consolidate them, as Petitions for a Writ of Habeas Corpus can be made to challenge the conditions of pre-trial release as here, in connection with the Bond that was issued in connection with the 8/3/2016 Information.  It was already admitted that the 8/3/2016 Information was a fraud on the court by AUSA Lake, and therefore is void, because the 8/3/2016 Information charged that the federal courthouse located at 500 Pearl Street was under *"Special Maritime and Territorial Jurisdiction"* when, in fact, this courthouse is under *"proprietary jurisdiction"* as per the Regional Counsel of the General Services Administration (GSA).

In addition, the 8/3/2016 Information is a fraud, is void as a fraud on the court, because it alleged a violation of 18 USC sec. 113(a)(5); this statute states a punishment, if found guilty, not a crime.  In response to a federal civil rights compliant I made on 9/7/2016, to federal authorities about the 8/3/2016 Information, my complaint is attached as an Exhibit to my January 5, 2017 Motion to Disqualify Magistrate Pitman, AUSA Lake abandoned the 8/3/2016 Information as a fraud, as void as a fraud upon the court.  I prevailed.  Therefore, **I move this Court** to revoke, dismiss and/or otherwise release and remove the Bond that was issued in connection with the 8/3/2016 Information by Magistrate Peck on 8/26/2016, because this Bond is void also.

### Under duress, not "voluntarily", Lake lied

On May 17, 2016, I responded, as I expressly stated "**under duress**", not "voluntarily" to the Notice of Appearance that was mailed to Me by the Central Violations Bureau, not a court, with a Petition for Abatement for Misnomer in connection with federal ticket H5118172.  In my Petition for Abatement for Misnomer, I requested that I be named properly, as Lidya Maria Radin, not "LIDYA M RADIN" , or "LIDYA MARIA RADIN", as in this instant action, see First Petition for Abatement for Misnomer, in Radin discovery documents, Appendix, Exhibit Three, Bates-stamped by U.S. Attorney Preet Bharara's office, USAO_000354 to 000357, four pages, wherein I expressly stated in paragraph 1:

> "The Notice to Appear against 'LIDYA M RADIN' , a fictitious name, was mailed to me on April 28, 2016.  If I ignore this Instrument I was threatened with arrest, so under duress and under threat of being beaten again and killed, see the attached affidavit of Dean Loren, and Myself about the unwarranted physical assault on Me on January 28, 2016, that could have resulted in paralysis or death as I am conservatively managing spinal injuries, I approach this court with this petition that the court abate this Instrument so it cannot in its present form further restrain my liberties."

See also Dean Loren's affidavit, Bates-stamped USAO_ 000384 to 391, an eye-witness to the unwarranted attack on Me by Frank Pena on January 28, 2016.

**Petition for Abatement for Misnomer, again**
My May 17, 2016, Petition for Abatement for Misnomer was never filed with the Court, despite the fact that court clerk Daniel Ortiz signed as having received my Petition on 5-17-16 and stamped it "RECEIVED" , see USAO_000354 to 000357, in Radin discovery documents. My Petition for Abatement for Misnomer was never responded to, and as per the court clerks, "lost" in Magistrate Barbara Moses chambers, thereby rendering the Southern district of New York, federal court, a court of no record and rebutting the silent presumption that this federal court is a court of record, when, in fact, it is not.

Accordingly, now, I renew and reiterate my statements in my now, at least, **five** Petitions for Abatement for Misnomer, see Bates-stamped Radin discovery documents USAO_000354 to 000357, and petition this Court again that this Court name Me properly as "Lidya Maria Radin" with the initial letter capitalized as required by the Rules of English Grammar for the writing of the names of natural persons. My patronymic, family name or surname is "Radin" with the initial letter capitalized. The 9/23/2016 so-called "Superseding Information" and all the documents to date, do not name Me as a Party, please correct all of them. The 9/23/2016 so-called "Superseding Information" against "LIDYA MARIA RADIN" used a fictitious name. I am not "LIDYA MARIA RADIN". I am "Lidya Maria Radin", according to the rules of English Grammar for the writing of the names of natural persons; please correct all court documents to date. I remind this court that when a Petition for Abatement is before a court, that court is charged with according to the petitioner the benefit of the doubt. In addition, courts should take cognizance of the law that provides: Where conditions for its issuance exist, abatement is a matter of right, not of discretion; the misnomer or mis-description of a party is ground for abatement; and Grounds for abatements are the same for equity and law cases. Refusing to respond to, now, **five** Petitions for Abatement for Misnomer renders this Court a court of no record, without question. As a court of no record, this court has no power or jurisdiction to sustain a prosecution against Me or anyone as this court demonstrates it is a kangaroo court, a McKeanist court, a rigged court, a basement court, a court of no record.

Again, on June 21, 2016, and on June 24, 2016, I provided paperwork, **under duress**, not "voluntarily" to address federal ticket H5118172, a ticket I discovered later, that was not filed in the federal court such that no case was opened, no summons issued, to compel my appearance at all. My Second Petition for Abatement for Misnomer was stamped "RECEIVED" and signed for by court clerk Daniel Ortiz, on 6-21-16, but, again, not filed, demonstrating, again, that the federal court, Southern district of New York is a court of no record, see Radin discovery documents, USAO_000334 to 337. **Note:** two pages that should be between 334 to 335 were

5

omitted to create a false record, the second page of my "Proposed order" and the first page of my Petition for Abatement for Misnomer. One can easily see how 334 does not match up with 335, by looking at the footer, and the paragraph numbers, that there are pages omitted.

On June 22, 2016, I expressly informed Magistrate Freeman that I refused to have a magistrate judge hear a felony/ Class A misdemeanor case, see Radin discovery documents, Bate-stamped USAO_000310: "…I do **not** consent to a magistrate judge to hear this case."

**Lake lied again**
Federal ticket H5118172 was abandoned as a fraud, not dismissed, because there was no case opened in the federal district court in connection with ticket H5118172. I prevailed.

Lake and Magistrate Peck lied when they claimed that Peck dismissed ticket H5118172 on August 26, 2016, because a case in connection with ticket H5118172 was never opened in the federal court, as Chief Deputy Clerk Richard Wilson admitted and confessed on December 2, 2016, see flowcharts, Chart One, jurisdiction, and Chart Two, Double jeopardy.

**More lies**
In addition, Magistrate Pitman colluded and conspired in trying to deceive Me into believing that there was an Order signed by Magistrate Peck dismissing federal ticket H5118158 from 2015, when, in fact, on December 2, 2016, Chief Deputy Clerk Richard Wilson admitted and confessed that a case in connection with federal ticket H5118158 from 2015 was never opened in federal district court and that, in fact, U.S. Attorney Preet Bharara and his assistants, engaged Me in sham proceedings from February 4, 2015 to October 2015, see paragraphs 12,13, 14, and 15 of Eric Richmond's January 4, 2017 affidavit filed in support of my January 5, 2017 Motion to Disqualify Magistrate Pitman.

**Vindictive prosecution, No Notice, and insufficiency of service of process**
Lake filed the 8/3/2016 Information, vindictively. But, Lake did not serve it properly and did not provide a return of service, in violation of the Federal Rules of Criminal Procedure, depriving the Court of jurisdiction. Lake mailed the 8/3/2016 Information to me on 8/8/2016, see the envelope, as an Exhibit attached here, where the metered mail stamp says, in red ink, in the original, "08/08/2016" and the postmark says " 08 AUG '16 ". In fact, I did not receive Lake's 8/3/2016 letter and Information until August 11, 2016, and thus, I had no notice of the proceeding on August 10, 2016. Lake has full knowledge of these facts through Kristina Green, of Simpson, Thacher, & Bartlett, and her boss, Joshua Levine. Lake lied about this issue in her Opposition.

**The 8/3/2106 Information is a fraud on the court by Lake; it is void; it does not exist**

It was already admitted that the 8/3/2016 Information was a fraud on the court by AUSA Lake, and therefore is void, because the 8/3/2016 Information charged that the federal courthouse located at 500 Pearl Street was under ***"Special Maritime and Territorial Jurisdiction"*** when, in fact, this courthouse is under ***"proprietary jurisdiction"*** as per the Regional Counsel of the General Services Administration (GSA), see flowcharts, Chart One, jurisdiction, and Chart Two, Double Jeopardy, attached.

In addition, the 8/3/2016 Information is a fraud, is void as a fraud on the court, because it alleged a violation of 18 USC sec. 113(a)(5); this statute states a punishment, if found guilty, not a crime. In response to a federal civil rights compliant I made on 9/7/2016, to federal authorities about the fraud in the 8/3/2016 Information, my complaint is attached as an Exhibit to my January 5, 2017 Motion to Disqualify Magistrate Pitman, AUSA Lake abandoned the 8/3/2016 Information as a fraud, as void as a fraud upon the court. Again, I prevailed.

Freeman did not hold a hearing on probable cause on July 7, 2016, despite the fact that Lake purported to prosecute Me for a Class A misdemeanor/ felony for allegedly assaulting/ touching a federal officer. Further, Magistrate Freeman lied on-the-record, see July 7, 2016 transcript. My Petitions for Abatement were made for Misnomer, not to change a court date. Freeman gave the verbal order on July 7, 2016, codified in writing in her unlawful 8/17/2016 order, that lead to the unwarranted assault and battery on Me on July 7, 2016 by Homeland Security Officer V. Samuel. Freeman did not want Me to file my default on federal ticket H5118172 because Freeman did not want the fraud involving the federal tickets brought to the attention of a federal district judge.

**Lake lied, I was arrested unlawfully on July 7, 2016**

Homeland Security Officer V. Samuel arrested Me on July 7, 2016 without a warrant and without cause and did not bring Me immediately to a judge, in violation of the Federal Rules of Criminal Procedure, depriving this Court of jurisdiction, see Eric Richmond's January 30, 2017 affidavit in connection with false statements by Assistant United States Attorney ( AUSA ) Stephanie Lake; see especially Eric Richmond's description of how V. Samuel's statement of probable cause, Lake's Exhibit B, is fatally flawed, paragraphs 54, and 55, in connection with federal tickets 6198601 and 6198602:

> " 54: In connection with Violation ticket number 6198601 Homeland Security Officer
> V. Samuel's declaration under penalty of perjury that on ' **7 Jun 2016** '
> ' This act took place after Judge Freeman adjourned court to 10 Aug 16 ' is false
> because Radin was not in front of Judge Freeman on ' **7 Jun 2016** ' .
> 55: In connection with Violation ticket number 6198602 Homeland Security Officer V.
> Samuel's declaration under penalty of perjury that on ' **7 Jun 2016** ' Radin was

' argumentative and disrespectful towards Judge Freeman ' and  that 'Subject Radin disturbances by creating loud noises and being a nuisance was exhibited during court proceedings with Judge Freeman ' is false because Radin was not in front of Judge Freeman on   ' **7 Jun 2016** '  " .

Magistrate Freeman rigged the wheel on August 10, 2016 to steer this case to Magistrate Peck. Magistrate Peck has a conflict of interest with Yeshiva University that Peck did not disclose, despite the fact that Peck disclosed his conflict in another case, see paragraphs 239 to 241 in **"Affidavit of Elvia Saravia with additional information regarding the unlawful conduct against Lidya Maria Radin on July 7, 2016 in the federal courthouse located at 500 Pearl Street, New York, New York"**. Peck did not hold a hearing on probable cause despite the fact that, at that time, Lake purported to prosecute Me for a Class A misdemeanor / felony for assaulting / touching a federal officer, in violation of the Federal Rules of Criminal Procedure, depriving this Court of jurisdiction.

On August 26, 2016 Peck rigged the wheel, the assignment wheel, to steer this case to Magistrate Pitman, see the affidavits of eye-witness Dean Loren regarding rigging the assignment wheel in a Carnie trick.  In violation of her ongoing obligations under Brady, Lake did not give Me the courtroom video tapes on these dates to show the rigging of the assignment wheels.

On 9/7/2016, I made a complaint to federal authorities regarding the fraud in the 8/3/2016 Information.   Subsequently, Lake abandoned the 8/3/2016 Information as a fraud, as a fraud upon the Court, as void.

**The 9/23/2016 so-called "Superseding Information" is another fraud**
U.S. Attorney Preet Bharara and his assistants cannot " supersede"  the 8/3/2016 Information because the 8/3/2106 Information is a fraud; it is void, for fraud.   U.S. Attorney Preet Bharara cannot supersede a thing that is void, a thing that does not exist.

Also, they did not reduce the charges.  They changed the charges from 18 USC section 113(a)(5) ( this statute quotes a punishment, not a crime ) to charging Me with violating sections of the Code of Federal regulations, 41 C.F.R. section 102-74.385, for example.

And, they can't get that right either, because in this instant action they cannot prosecute Me for violations of the Code of Federal Regulations because Lake has not and cannot establish jurisdiction under either the Exclusive jurisdiction clause, Article 1, section 8, clause 17, of the federal Constitution, or under the Property Clause, Article IV, section 3, clause 1, of the federal Constitution, see also U.S. v. Gliatta, 518 F.2d 156 ( 5th cir.  1978 ), as follows.

**This case cannot go to trial: No jurisdiction to prosecute under Exclusive jurisdiction, Art. 1, sec. 8, cl 17, federal Constitution**

As stated previously, Chief Deputy Clerk Richard Wilson, Kristina Green, of Simpson, Thacher, & Bartlett, and her boss, Joshua Levine are my witnesses, among others, should this case go to trial.

However, Lake cannot take this case against Me to trial because, in this instant action, in this latest round of fraud, in the so-called 9/23/2016 "Superseding Information", Lake does not have jurisdiction. To wit, Lake cannot prosecute Me for violations of the Code of Federal Regulations at the federal district courthouse located at 500 Pearl Street, under *"exclusive jurisdiction"* , Article 1, section 8, clause 17, federal Constitution, as per the Regional Counsel of the General Services Administration (GSA), because this federal courthouse is under *"proprietary jurisdiction"* .

Lake has full knowledge that the courthouse located at 500 Pearl Street is under *"proprietary jurisdiction "* because Lake abandoned the Information she filed on 8/3/2016 wherein Lake asserted that the courthouse at 500 Pearl Street was under *"Special Maritime and Territorial jurisdiction"* after I filed a federal civil rights complaint against Lake on 9/7/2016 with the federal authorities, and after the Regional Counsel for the GSA likewise informed Lake that the jurisdiction at the 500 Pearl Street courthouse was *"proprietary "* such that Lake did not have jurisdiction to prosecute Me or anyone under *" Special Maritime and Territorial Jurisdiction"*.

Lake abandoned the Information she filed on 8/3/2016 as a fraud upon the Court, as void, as a thing that does not exist. I prevailed.

In an act of vindictive prosecution, Lake filed a so-called "Superseding Information" on 9/23/2016. Lake cannot supersede a fraud, the 8/3/2016 Information because as a fraud, it is void; it does not exist. See the accompanying flow chart, "Chart One, Jurisdiction" , that shows ( i ) federal ticket H5118172 is a fraud, it is void, it does not exist, ( ii ) the 8/3/2016 Information is a fraud, it is void, it does not exist, and (iii) the so-called 9/23/2016 "Superseding Information" is a fraud, it is void, it does not exist. Lake cannot supersede one fraud, a thing which does not exist, with another fraud, another thing which does not exist.

**This case cannot go to trial: No jurisdiction to prosecute under the Property Clause, Art. IV, sec 3, cl 1, federal Constitution**

In this instant action, in the so-called 9/23/2016 "Superseding Information", the only other possible way for Lake to invoke jurisdiction to prosecute me for violations of the Code of

Federal Regulations at the federal district courthouse located at 500 Pearl Street is under the Property Clause of the federal Constitution, Article IV, section 3, clause 1; see also U.S. v. Gliatta, 518 F.2d 156 ( 5th Cir.  1978 ).

The burden of proof is on Lake.  Lake did not and cannot prove jurisdiction to prosecute Me under the Property Clause because the authorizing legislation for the construction of the building at 500 Pearl Street, Public law 100-202 and Public law 101-156, authorized  private financing of the 500 Pearl Street courthouse, and because Lake did not produce the negotiated agreement showing the transfer of the property at 500 Pearl Street to the GSA/federal government, or any of the other documents requested in my Demand for a Verified Bill of Particulars to prove jurisdiction: the deed, the negotiated agreement, the 30 year lease terminating in 2019 or 2020, the rental checks.  My Bill of Particulars demands that Lake prove jurisdiction by providing these documents, as Lake must.

However, whatever Lake could produce from the GSA would not be credible, in light of published investigative reports, that I can use as per the Federal Rules of Evidence, that the GSA's top executive responsible for building the courthouse at 500 Pearl Street, William Diamond destroyed records, that the, then, chief judge, Chief Judge Charles Brieant, described the financing as "smoke and mirrors", that a book published by another top GSA executive responsible for the 500 Pearl Street construction described how GSA officials lied with impunity, and published reports from U.S. Senate investigative and oversight hearings wherein elected officials confessed and admitted that there was a lack of GSA oversight, that there was an absence of congressional responsibility, that projects were funded based on informal contacts between Members of Congress, the courts, the judges and others ( ! ) , rather than lawful procedures.

Point five: Lake's Opposition was not sworn to under penalty of perjury, because Lake knows that I will prosecute her for perjury.  Nevertheless, I will prosecute Lake for fraud upon the court by a court officer and for concealing and destroying evidence and for colluding in concealing and destroying evidence.

Point six:  Lake lied, again, on page seven:  *"As an initial matter, the defendant at no time was placed under arrest."*

The facts are as follows.  I was arrested three times unlawfully in the Southern district of New York.

On February 4, 2015, I was arrested without a warrant and without cause at the direction of dishonest Deputy U.S. Marshal James Howard after I tried to report, as is my duty, constitutional

violations and racketeering, collection of an illegal debt, to the federal Grand Jury at 40 Foley Square, second floor, as well as examples of the United States government being defrauded. I was not free to leave the building. I was surrounded; unlawful force was used against Me by men and women who failed and refused to identify themselves, some of whom carried weapons. The crimes I tried to report included conspiracy and collusion in ongoing crimes by Deputy U.S. Marshal James Howard. A member of my safety escort, who protected Me by staying in close proximity, was told that my arrest could take "all night" and I was not free to go. Finally, Homeland Security Officer Sandrowsky gave me a federal ticket, and I was released. That ticket, H5118158, was never used to open a case in the federal district court, rebutting the silent presumption that this Court is a court of record; it is not.

On January 28, 2016, again, I was arrested without cause and without a warrant and beaten by contract guard Frank Pena, who, in the worst case scenario, could have murdered Me as I have spinal injuries that I am conservatively managing to avoid surgery. The building video tape shows Pena putting handcuffs on Me, shows that Pena beat me, shows Dean Loren as an eye-witness, shows that I was handcuffed behind my back and not free to leave, shows the men and women who colluded and conspired in the crimes of false arrest, false imprisonment, unlawful search, unlawful seizure against Me. U.S. Attorney Preet Bharara and his assistants have a duty to immediately provide to Me all their identities, and contact information without Me having to force Mr. Preet Bharara to do so with a Motion to Compel, and complain to his new boss, Jeff Sessions. These men and women are witnesses, albeit hostile witnesses, to the fact that I was handcuffed behind my back and not free to leave the building on January 28, 2016, that I was arrested, that Lake lied. They are also the same men and women who colluded and conspired in producing federal ticket H5118172 against Me; I have the constitutionally protected and guaranteed right to confront them as my accusers.

On July 7, 2016, again, I was arrested without cause and without a warrant at 500 Pearl Street, New York, New York by Homeland Security Officer V. Samuel and the same un-identified men and women from the beating on January 28, 2016 showed up, and colluded and conspired by not taking Me immediately in front of a judge, after Homeland Security Officer V. Samuel handcuffed my hands behind my back and confined Me in the Moynihan alcove/memorial at the federal courthouse; I was not free to leave the building.

**Federal prosecutors in New Jersey and New York colluded in concealing evidence; they should be estopped by their own bad acts**
The Regional Directors of the GSA directed Me to contact David Astacio. I did so.

On December 9, 2016, at the U.S. Marshal's office on the 4th floor of 500 Pearl Street, New York, New York, **David Astacio** stated that no one "destroyed" over an hour of building video tape from the January 28, 2016, assault and battery without cause on Me by Frank Pena in

contradiction to statements made by Assistant United States Attorney ( AUSA ) Stephanie Lake in late November 2016. Accordingly, I demand an accounting of the chain of custody for the the building video tapes. According to Lake, "someone" in her office gave the video tapes to Lake. I demand the identity of that man or woman.

As recently as December 16, 2016, AUSA Stephanie Lake admitted that Lake and other prosecutors intentionally concealed over an hour of building video tape from Me in violation of Lake's continuing duty to immediately provide Brady material to Me and in violation of 18 USC section 2071, concealment, among other crimes and transgressions.

AUSA Stephanie Lake concealed other evidence from Me, see Burg discovery documents, in Appendix, Exhibit Two, for examples, to wit: Federal Protective Service Reports, Security Assessment Reports, Arrest Reports, Department of Homeland Security Reports/Alerts, especially an alert that falsely stated that Radin had been "hospitalized at Bellevue" as a search of the Bellevue records revealed that Radin was never hospitalized at Bellevue, in fact, Radin worked at Bellevue, Reports of Investigation, Field Reports, witness statements/interviews, Court Facility Incident Reports, authorized approval from the Federal Protective Service Mega Center authorizing "escorts" of Ms. Radin, "escorts", which are, in fact, unlawful searches by observation, "escorts" which are, in fact, spying on and defaming Radin, and which on, at least, one occasion, intimidated the court clerks into not being honest and forthcoming with Radin about her business at the courthouse, "escorts" which are, in fact, thinly-veiled attempts to provoke more violence and incidents against Radin, Dean Loren, and other members of their union/group, post orders authorizing "escorts" of Radin, and U.S. Marshal "alerts" and "caution notices" , see also the January 4, 2017 affidavit of Eric Richmond in my January 5, 2016, Motion to Disqualify Magistrate Pitman.

In **Affidavit of Elvia Saravia with additional information regarding the unlawful conduct against Lidya Maria Radin on July 7, 2016 in the federal courthouse located at 500 Pearl Street, New York, New York**, see paragraph 85: " ... in my presence in the Eastern district of New York federal courthouse a Deputy U.S. Marshal taunted Ms. Radin by telling her that there were Court Facility Incident Reports on Radin and that Radin ' would never know who wrote those reports ' " .

See also the sworn statements of Jayson Burg, a Marine, wherein U.S. Attorney Paul Fishman refused to provide evidence in violation of Brady, to wit, a hard-copy of a U.S. Marshal " Caution Notice " that defamed Lidya Radin, Jayson Burg, and April Cabbell as "sovereign citizens" and put our lives at risk by defaming us as "suicidal terrorists" . I demand that an un-redacted hard-copy of that "Caution Notice " and all associated and/or linked files, reports and meta-data be given to Me immediately.

Also, I demand the recorded radio communications between Frank Pena and his supervisors from January 28, 2016 be given to Me immediately, as AUSA Elisa T. Wiygul has already confirmed that those radio communications are recorded, see Burg discovery document, Burg_000112, and note that AUSA Elisa T. Wiygul is an expert witness who I can call, should this case go to trial. In fact, I demand all the radio communications for each and every escort and I demand to know the identity of the man or woman who authorized these escorts in light of the fact that this man or woman is directly responsible for ongoing crimes against Me and for defrauding the United States.

In addition I demand copies of the letters I sent to U.S. Attorney Preet Bharara in connection with the certified, return receipt tracking number 7015 0640 0002 2514 7699, see copy provided.

Also, the audio CD that Lake gave Me does not work. I demand that a CD that does work be provided immediately.

Discovery is the backbone of due process, without discovery there is no due process, Wardius v. Oregon, 412 U.S. 470 ( 1973 ), again, depriving this Court of jurisdiction.

Illegal, unconstitutional conduct is sedition, subversion, Cole, State Hospital Superintendent, et al v. Richardson, 405 U.S. 676  ( 1972 ).

By reference herein I fully incorporate into this Amended Motion all my submissions to date and all the supporting affidavits, exhibits, and materials that I previously provided in connection with my " Motion to Disqualify Magistrate Pitman for Bias & as a Material Witness, 28 USC §§ 455 & 144 and rendering his 11/10/16 Order Void for violating U.S. Supreme Court Rulings: No showing of Probable Cause, to date" .

I reserve the right to supplement this Amended Motion as Magistrate Pitman and another federal judge have already made findings that I be given more time than the Federal  Rules of Civil and Criminal Procedure would allow as I am to be given accommodation for serious health problems.

I swear under penalty of perjury that the statements made by Me are true and correct.


Respectfully,

*Lidya Maria Radin*
*sui juris*

Lidya Maria Radin

13

NEW YORK
NY 100
08 AUG '16
PM 10 1

U.S. OFFICIAL MAIL *US POSTAGE*
★ ★ ★
U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE
$300
**$00.46⁵**
FP ★ ★ ★     1ST CLASS RTL
Mailed From 10007
08/08/2016
031A 0005510058

Lidya Maria Radin c/o Joe Friendly
203 West 107th Street - #8A
New York, NY  10025

10025-302501

U.S.        X
   v.        :
Radin       :
            X
Exhibit

Docket No: 16-CR-528

Amended Motion: To disqualify
Magistrate Pitman +
AUSA Lake and Motion
To Dismiss For Lack of
Jurisdiction + other
Relief

U.S  X

docket
No: 16-CR-528

RADIN  X

Exhibit

Amended
Motion:
To disaqualify
Magistrate
Pitman +
AVSA LAKE
And Motion
To Dismiss
for LACK of
jurisdiction
Jurisdiction
+ other
Relief

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Preet-Bharara
U.S. Attorney,
United States Attorney's office
One St. Andrew's Plaza
New York, New York 10007

9590 9403 0625 5183 8965 01

2. Article Number (Transfer from service label)

7015 0640 0002 2514 7699

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ✓ Sa/sa                    □ Agent
                              □ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:       □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S.

v.

Radin

: docket No: 16-cr-528(HBP)

: Amended    To Disqualify Magistrate

MOTION:    Pitman + AUSA Lake And Motion
            to Dismiss for Lack of
            Jurisdiction + other Relief

X

—CHART ONE
—Jurisdiction

2/4/2015
—Federal ticket H5118158
—"signs"
—Feb 4 2015 to October 2015
—SHAM, FRAUD

I WAS arrested without a WARRANT,
NEVER brought in front of a judge
in violation of LOCAL CRIMINAL RULE
58.1, ticket NEVER filed / CASE
NEVER opened in federal court,
magistrates FREEMAN, PECK, +
Pitman lied when they said that
ticket WAS dismissed = FRAUD

| 1/28/2016 | 8/3/2016 | 9/23/2016 |
|---|---|---|
| Federal ticket H5118172 | → INFORMATION = FRAUD | → So-called "Superseding INFORMATION" |
| —arrest without a WARRANT | —Not served properly | |
| 18 USC §111(a)(1) | changed to | —FRAUD changed to violations of Code of Federal Regulations 41 CFR §102- 74.385 |
| → FRAUD —charged Class A misdemeanor / felony ON a violation ticket | 18 USC §113(a)(5) | |
| —ticket NEVER filed / CASE NEVER opened in federal court | → FRAUD, this states a punishment, NOT a CRIME | |
| → JUNE 22, 2016— refused to hAVE a magistrate judge hear a felony / misdemeanor case | "SPECIAL MARITIME AND TERRITORIAL JURISDICTION" = FRAUD | —CAN'T prosecute UNDER "exclusive Jurisdiction" —CAN'T prosecute UNDER Property Clause, Art IV, sec 3, cl 1 |
| —ticket WAS AbANdoNed as a FRAUD, | → courthouse is "propietary jurisdiction" | —see US v. GLIATTA, 518 F.2d 156 (5th cir 1978) |
| —RADIN prevailed | 9/7/2016— civil rights complaint to federal authorities —INFORMATION WAS AbANdoned as a FRAUD Radin prevailed | |

U.S.
v.
Radin

X
:
:
:
X

Docket No: 16-CR-528 (HBP)
Amended MOTION: To Disqualify Magistrate
Pitman + AUSA Lake And
MOTION to Dismiss for
Lack of Jurisdiction +
Other Relief

— CHART TWO
— Double jeopardy

| 1/28/2016 | 8/3/2016 | 9/23/2016 |
|---|---|---|
| -Federal ticket H5118172 | INFORMATION → FRAUD | So-called "Superseding Information" |
| 18 USC §111(a)(1) → FRAUD → | 18 USC §113(a)(5) → FRAUD, this is states A punishment, Not a CRIME | —FRAUD → violations of C.F.R. |
| "pushed" federal officer = FRAUD | "pushed" court security guard, CONTRACT GUARD FRANK PENA | "pushed" PAST court security guard/CONTRACT GUARD FRANK PENA, to get on AN elevator! |
| — this ticket WAS abAndoned As a fraud, RAdin prevailed | -"special maritime + territorial jurisdiction" = FRAUD, court-house is under "propietary jurisdiction" | FRAUD, double jeopardy |
| | This INFORMATION WAS abandoned As a FRAUD, RAdin prevailed | -CAN't prosecute under "exclusive jurisdiction" — CAN't prosecute under Property clause, don't didn't show ownership of the building, → burden of proof is on the prosecutor |

## -AFFIDAVIT OF DEAN LOREN-

*I, Dean Loren, receiving mail c/o Friendly, 203 W. 107th Street, #8A, New York, New York, 10025, telephone: 718-277-1367, a living man, am of full age, am competent and willing to testify, and having personal, first-hand knowledge of the facts stated herein, swear to the following, under penalty of perjury:*

1. I am providing this affidavit in connection with contract guard Frank Pena physically assaulting and battering and, among other things, inflicting the crimes of false arrest and false imprisonment upon Lidya Maria Radin in my presence on the morning of January 28, 2016 in the federal courthouse located at 500 Pearl Street, New York, New York 10025.

2. In connection with false criminal charges brought against Lidya Maria Radin by U.S. Attorney Preet Bharara, Frank Pena did not state a " direction " to Lidya Maria Radin telling Radin not to enter an elevator " with another individual " .

3. In connection with false criminal charges brought against Lidya Maria Radin by U.S. Attorney Preet Bharara, at no time did Attorney Robert Perry indicate that Radin "harassed" him.

4. In connection with false criminal charges brought against Lidya Maria Radin by U.S. Attorney Preet Bharara, at no time did Attorney Robert Perry seek assistance from Frank Pena claiming that Perry needed protection from Radin.

5. As revealed by the Jayson Harley Burg discovery documents released by the U.S. Department of Justice, see Burg discovery document Bates-stamped "BURG 000112", contract guards and deputies communicate via radio and those radio communications are recorded.

6. On information and belief, Frank Pena's and his supervisors' and handlers' radio communications were recorded.

7. These radio recordings were not provided to Ms. Radin in violation of U.S. Attorney Preet Bharara's duty to do so under Brady v. Maryland, 373 U.S. 83 ( 1963 ).

8. Assistant United States Attorneys Stephanie Lake and Michael Ferrara failed and refused to take my witness statement in connection with Pena's unwarranted attack on Radin.

*I demand the right to offer proof of all that I have testified to in this affidavit, have each statement accepted or rebuted with factual evidence at a For Cause Hearing within 21 calendar days of tender of this affidavit and/or upon failure to rebut this affidavit, by acquiescence, all parties stipulate to the truth of the facts and statements made herein. Failure to rebut this affidavit will be evidence in the matter noted above that complainant(s)/victim(s) were injured by loss of rights and by government agents' interference and that they exceeded their jurisdiction.*

**Affidavit.Loren.radio.recordings**

State of New York
County of New York

JURAT WITH AFFIANT STATEMENT

Attached Affidavit. Loren. radio. recordings
1/21/2017

DANNY ESPINAL
Notary Public - State of New York
NO. 01ES6299061
Qualified in Bronx County
My Commission Expires Mar 17, 2018

Subscribed and sworn
to before me
this 21st day of January
2017 by

Signature of Notary Public

Dean Loren

Place Notary Sea
Stamp Above

Dean Loren

Description of Attached Document
Title of Document Affidavit, Loren, radio. recordings
Document Date: 1/21/17.
Signer other than Named Above: No other Signee

**--Affidavit / declaration of Eric Richmond regarding false statements by Assistant United States Attorney ( AUSA ) Stephanie Lake--**

*I, Eric Richmond, a living man, can be reached at 2107 Regent Place, Brooklyn, New York, telephone: (646) 256-9613. I am of full age. I am competent and willing to testify, and having personal, first-hand knowledge of the facts stated herein, swear to the following, under penalty of perjury:*

1. I am providing this affidavit / declaration in connection with AUSA Lake's false statements in Lake's January 19, 2017, Opposition to Ms. Radin's Motion to Disqualify Magistrate Pitman, in UNITED STATES OF AMERICA v. LIDYA MARIA RADIN, docket number: S1 16 Cr. 528 (HBP).
2. On page seven Lake stated: "As an initial matter, the defendant at no time was placed under arrest."
3. This is a false statement of material fact.
4. On July 7, 2016, along with Elvia Saravia and other witnesses, I accompanied Lidya Maria Radin to the federal courthouse at 500 Pearl Street, New York, New York.
5. After an unlawful proceeding in front of Magistrate Debra Freeman, on July 7, 2016, with other witnesses, I accompanied Radin to the first floor of the courthouse to witness Radin file a default against Plaintiff "UNITED STATES OF AMERICA" with the Clerk of Court.
6. On July 7, 2016 Radin did not "loiter" in the federal courthouse at 500 Pearl Street, New York, New York.
7. On July 7, 2016 I did not "loiter" in the federal courthouse at 500 Pearl Street, New York, New York.
8. On July 7, 2016 no member of Radin's security escort including me "loitered" in the federal courthouse at 500 Pearl Street, New York, New York.
9. Radin stated that she had to file papers with the Clerk of Court's office along with taking care of other business with the Clerk of Court.
10. Radin was purposeful in trying to enter lawfully the Clerk of Court's office located on the first floor of 500 Pearl Street, New York, New York, to file her default paperwork and to take care of other business with the Clerk of Court.
11. My actions and the actions of the other members of Radin's safety escort were purposeful in trying to enter lawfully the Clerk of Court's office.
12. It is not a crime to enter the Clerk of Court's office.
13. It is not a crime to enter the Clerk of Court's office as Radin tried to do.
14. It is not a crime for Me to enter the Clerk of Court's office as I tried to do.
15. It is not a crime for the other members of Radin's safety escort to enter the Clerk of Court's office as those men and women tried to do.
16. It is not a crime to enter the Clerk of Court's office to take care of one's business.

17. It is not a crime to enter the Clerk of Court's office to take care of one's business as Radin tried to do.

18. It is not a crime to enter the Clerk of Court's office to witness Radin take care of her business as I tried to do.

19. It is not a crime to enter the Clerk of Court's office to witness Radin take care of her business as the other men and women in Radin's safety escort tried to do.

20. On July 7, 2016, as Radin was standing in the hallway in front of the Clerk of Court's office about to enter, without cause, a black woman appearing to be a contract guard grabbed Radin's files and threw those files on the floor.

21. Homeland Security Officer V. Samuel without cause grabbed Radin's arm, twisted Radin's arm, and put handcuffs on Radin.

22. Homeland Security Officer V. Samuel put handcuffs on Radin without probable cause.

23. Probable cause means information sufficient to support a reasonable belief that an offense had been committed by Radin.

24. Homeland Security Officer V. Samuel arrested Radin without probable cause.

25. Probable cause means information sufficient to support a reasonable belief that an offense had been committed by Radin.

26. Radin was not free to leave.

27. Unlawfully Radin was taken by force from the hallway in front of the Clerk of Court's office to a side area on the first floor that houses a memorial to U.S. Senator Daniel Patrick Moynihan.

28. Radin was confined against her will in handcuffs in this area of the courthouse and not free to leave this area.

29. Radin was taken by force in handcuffs and against her will by men and women who failed and refused to produce identification.

30. I witnessed Homeland Security Officer V. Samuel assault and batter and impermissibly touch Radin and arrest Radin without cause and without a warrant.

31. No one gave Radin a Miranda warning.

32. I was ejected by force and without cause from the federal courthouse.

33. The other men and women in Radin's safety escort were ejected by force and without cause from the federal courthouse.

34. My rights were violated.

35. Radin's rights were violated.

36. The rights of the other men and women in Radin's safety escort were violated.

37. On July 7, 2016, Homeland Security Office V. Samuel inflicted the crimes of false arrest and false imprisonment upon Radin as Radin was exercising her rights.

38. On July 7, 2016, I witnessed excessive, unlawful force used against Radin by Homeland Security Officers V. Samuel, Wong, and Will, badge numbers 292, 213, and 246.

39. On July 7, 2016, Radin was singled out from our group, targeted, because all the members of our group, the safety escort, were trying to enter the Clerk of Court's Office

to witness Radin file her default judgment and Radin was the only one who was singled out for assault and battery, false arrest, false imprisonment, unlawful search, unlawful seizure, and targeted for more unlawful court proceedings, using the court system itself as a means of aggression.

40. On July 7, 2016, after Radin was released from unlawful confinement in the federal courthouse, another witness and I immediately took photographs of the marks that were made on Radin's wrists and arms by the handcuffs that Homeland Security Officer V. Samuel placed on Radin without cause indicting that Samuel used excessive force against Radin.

41. AUSA Lake's statement on page seven that "As an initial matter, the defendant at no time was placed under arrest" is a false statement.

42. AUSA Lake failed and refused to take my witness statement in connection with the men and women who inflicted the crimes of assault and battery, false arrest, false imprisonment, unlawful search, unlawful seizure among other things on Radin on July 7, 2016.

43. A complaint was not filed promptly in the federal district court within two days of Radin's arrest without a warrant on July 7, 2016, in violation of the Federal Rules of Criminal Procedure, Rules 3 and 5.

44. A complaint, a statement of the facts sworn to under oath, Rules 3 and 5, Federal Rules of Criminal Procedure, was not filed promptly within two days in the federal district court in connection with the arrest without a warrant inflicted upon Radin on July 7, 2016

45. Violating the Federal Rules of Criminal Procedure deprives the federal district court of jurisdiction, if indeed the federal district court ever had jurisdiction.

46. Federal prosecutors cannot break the law while at the same time purporting to enforce the law.

47. Federal prosecutors are creatures of the law and they are bound by the law, United States v. Lee, 106 U.S. 196 ( 1882 ).

48. As per Bordenkircher v. Hayes, 434 U.S. 357 ( 1978 ): " To punish a person because he has done what the law plainly allows him to do is a due process violation of the most basic sort...and for an agent of the State to pursue a course of action whose objective is to penalize a person's reliance on his legal rights is patently unconstitutional. "

49. See also paragraphs 286, 287, 288, 289, 290, 291, 292, 293, 294, 295 and 296 in **"Affidavit of Elvia Saravia with additional information regarding the unlawful conduct against Lidya Maria Radin on July 7, 2016 in the federal courthouse located at 500 Pearl Street, New York, New York"** in support of Radin's Motion to Disqualify Magistrate Pitman.

50. In connection with Violation ticket number H 5118172 Homeland Security Officer Sandrowsky's so-called "Statement of Probable Cause" wherein Sandrowsky stated that "CSO Frank Pena stated to this officer [ Sandrowsky ] …" is inadmissible hearsay.

51. In connection with Violation ticket number H 5118172 there is no statement of probable cause by CSO Frank Pena the contract guard who put handcuffs on Radin without cause, and beat Radin on January 28, 2016 at the federal courthouse as evidenced by the building video tape provided by AUSA Lake.

52. The video tape shows that Sandrowsky was not present to witness CSO Frank Pena beat Radin and put handcuffs on Radin without cause on January 28, 2016.

53. Sandrowsky admitted that he did not witness Pena's attack on Radin without cause on January 28, 2016.

54. In connection with Violation ticket number 6198601 Homeland Security Officer V. Samuel's declaration under penalty of perjury that on " **7 Jun 2016** " "This act took place after Judge Freeman adjourned court to 10 Aug 16 " is false because Radin was not in front of Judge Freeman on " **7 Jun 2016** " .

55. In connection with Violation ticket number 6198602 Homeland Security Officer V. Samuel's declaration under penalty of perjury that on " **7 Jun 2016** " Radin was "argumentative and disrespectful towards Judge Freeman" and that "Subject Radin disturbances by creating loud noises and being a nuisance was exhibited during court proceedings with Judge Freeman" is false because Radin was not in front of Judge Freeman on  " **7 Jun 2016** " .

56. The first Information that AUSA Lake filed against Radin is a fraud because Lake stated in Count One that the federal courthouse located at 500 Pearl Street, New York, New York, is  "within the special maritime and territorial jurisdiction of the United States" when, in fact, the jurisdiction is "proprietary" as per the Regional Counsel of the General Services Administration.

57. Fraud vitiates all proceedings.

58. In addition the first Information that AUSA Lake filed against Radin failed to state a crime in Count One because 18 USC section 113(a)(5) states the punishment, if convicted, not a crime.

59. In the first Information that Lake filed against Radin, Counts Two and Three fail because the jurisdiction at the courthouse at 500 Pearl Street is "proprietary" not "exclusive" or  "con-current" such that Radin cannot be charged with violations of regulations made by the General Services Administration pursuant to the Exclusive Clause of the Constitution.

60. In addition, in the first Information that Lake filed against Radin, Counts Two and Three fail because Lake has not shown that Radin can be charged with violations of regulations made by the General Services Administration because Lake has not shown that the federal government owns the property at 500 Pearl Street, New York, New York pursuant to the Property Clause of the Constitution.

**richmond.falsehoods by AUSA Lake & Homeland Security Officer Samuel**

61. The burden of proof is on AUSA Lake.

*I demand the right to offer proof of all that I have testified to in this affidavit, have each statement accepted or rebutted with factual evidence at a For Cause Hearing within 21 calendar days of tender of this affidavit and/or upon failure to rebut this affidavit, by acquiescence, all parties stipulate to the truth of the facts and statements made herein. Failure to rebut this affidavit will be evidence in the matter noted above that complainant(s)/victim(s) were injured by loss of rights and by government agents' interference and that they exceeded their jurisdiction.*

Scribed And Sworn before me this 30th day of January 2017.

ERIC Richmond

BLAISE MICHAEL WOODWORTH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WO6316761
Qualified in New York County
My Commission Expires December 22, 2018

## – AFFIDAVIT OF JOE FRIENDLY –

*I, Joe Friendly, domiciled at 203 W. 107th Street, #8A, New York, New York, 10025, telephone: 917-749-7631, a living man, am of full age, am competent and willing to testify, and having personal, first-hand knowledge of the facts stated herein, swear to the following, under penalty of perjury:*

1. I am providing this affidavit to support the Independent Media Producers and our Union, organizing efforts and efforts to protect our intellectual property and rights.

2. I sent an email to some members of the Independent Media Producers Union stating that I was afraid to criticize the management of Manhattan Neighborhood Network because I might experience retaliation such as being banned or having my show taken away from me or other reprisals.

*I demand the right to offer proof of all that I have testified to in this affidavit, have each statement accepted or rebutted with factual evidence at a For Cause Hearing within 21 calendar days of tender of this affidavit and/or upon failure to rebut this affidavit, by acquiescence, all parties stipulate to the truth of the facts and statements made herein. Failure to rebut this affidavit will be evidence in the matter noted above that complainant(s)/victim(s) were injured by loss of rights and by government agents' interference and that they exceeded their jurisdiction.*

*Joe Friendly*

*January 21, 2017*

**Affidavit.Friendly.fear of reprisals**

**JURAT WITH AFFIANT STATEMENT**

State of _New York_ }
County of _New York_ } ss.

☒ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

7 _____

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me

this _21_ day of _January_, _2017_, by
   Date      Month      Year

_Joe Friendly_
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

_____
Signature of Notary Public

DANNY ESPINAL
Notary Public - State of New York
NO. 01ES6298081
Qualified in Bronx County
My Commission Expires Mar 17, 2018

Place Notary Seal/Stamp Above

_____
Any Other Required Information
(Residence, Expiration Date, etc.)

──────────────────── **OPTIONAL** ────────────────────

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit. Friendly. fear of reprisals_

Document Date: _January 21, 2017_     Number of Pages: _ONE_

Signer(s) Other Than Named Above: _NONE_

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #25924

## -AFFIDAVIT OF LIDYA MARIA RADIN REGARDING  THREATS AGAINST RADIN BY U.S. SENATOR CHARLES SCHUMER-

*I,  Lidya Maria Radin,  of 203 W. 107th Street, #8A, New York, New York, 10025, telephone: 516-445-4390, a living woman, am of full age, am competent and willing to testify, and having personal, first-hand knowledge of the facts stated herein, swear to the following, under penalty of perjury:*

1. I am providing this affidavit to support the Independent Media Producers and our Union, organizing efforts and efforts to protect our intellectual property and rights.

2. In January 2015, I attended a Senate Judiciary Committee hearing in connection with Loretta Lynch's confirmation to become U.S. Attorney General.

3. I opposed Lynch's confirmation.

4. During the lunch break, U.S. Senator Charles Schumer tried to have me arrested.

5. Senator Schumer's unfounded effort to have me arrested did not work.

6. Subsequently, on January 18, 2016, about one year later, I met face-to-face with U.S. Attorney General Loretta Lynch and Dr. King, Jr.

7. On January 28, 2016, ten days later, without cause, I was physically assaulted and battered in a federal courthouse as I was lawfully exiting after a hearing in connection with Halleck, et al,  v. City of New York, et al, docket no: 15-cv-8141, with Judge Pauley, in the Southern district of New York.

8. The attack on Me on January 28, 2016 could have left Me paralyzed or dead because I am conservatively managing spinal injuries, as well as a potentially life-ending physical medical condition.

9. Dean Loren is a witness to the unwarranted assault on Me on January 28, 2016.

*I demand the right to offer proof of all that I have testified to in this affidavit, have each statement accepted or rebutted with factual evidence at a For Cause Hearing within 21 calendar days of tender of this affidavit and/or upon failure to rebut this affidavit, by acquiescence, all parties stipulate to the truth of the facts and statements made herein.  Failure to rebut this affidavit will be evidence in the matter noted above that complainant(s)/victim(s) were injured by loss of rights and by government agents' interference and that they exceeded their jurisdiction.*

Scribed and sworn to me this 23th day of January 2017.

*Jan. 23. 2017*

George Grossman
Notary Public, State of New York
No. 01GR1587800
Qualified in New York County
Commission Expires 02/28/18

Affidavit.Radin threatened by Schumer

## – AFFIDAVIT OF JAYSON-HARLEY: BURG –

*I, Jayson-Harley:Burg, domiciled at 21 Stegman Place, Jersey City, New Jersey, telephone: 201-240-5351, a living man, am of full age, am competent and willing to testify, and having personal, first-hand knowledge of the facts stated herein, swear to the following, under penalty of perjury:*

1. I am providing this affidavit to refute the allegation by U.S. Attorney Paul Fishman and his assistants that Lidya Maria Radin is engaged in the unauthorized practice of law.

2. Ms. Radin is providing assistance to Me because I asked Radin to do so.

3. Ms. Radin has never asked for money from Me to represent Me as if Radin were my lawyer.

4. I have never paid money to Radin to represent Me as if Radin were my lawyer.

5. On December 5, 2016, I made a mistake in agreeing to have portions of the preceding kept off the record.

6. My, then, court-appointed attorney John Azzarello deceived Me into agreeing to keep portions of the preceding off the record.

7. Keeping portions of the preceding off the record hid the fact that court-appointed attorney John Azzarello provided ineffective assistance to Me, by, for example, concealing fraud and other crimes and transgressions that U.S. Attorney Paul Fishman and his assistants inflicted upon Me.

8. For instance, on March 24, 2015, I was arrested without a warrant by Deputy U.S. Marshals and contract guards on the public streets of Newark, New Jersey, and not brought immediately in front of a judge, in violation of the Federal Rules of Criminal Procedure, Rule 5.

9. Subsequently, a complaint was not filed promptly, within two days, in the federal district court, in violation of the Federal Rules of Criminal Procedure, Rules 3 and 5.

*I demand the right to offer proof of all that I have testified to in this affidavit, have each statement accepted or rebutted with factual evidence at a For Cause Hearing within 21 calendar days of tender of this affidavit and/or upon failure to rebut this affidavit, by acquiescence, all parties stipulate to the truth of the facts and statements made herein. Failure to rebut this affidavit will be evidence in the matter noted above that complainant(s)/victim(s) were injured by loss of rights and by government agents' interference and that they exceeded their jurisdiction.*

Scribed and sworn to me this _25th_ day of January _2017_

*Jayson-Harley:Burg*

*Vidya K Hansen*

Vidya K. Hansen
I.D. 2112608
Notary Public, State of New Jersey
My Commission Expires June 9, 2018

**Affidavit.Burg.no unauthorized practice of law by Radin**

*U.S. x*
*RADIN x  Amended Motion : To disqualify Magistrate Pitman*
*And AUSA Lake And Motion*
*to Dismiss For Lack of*
*Jurisdiction + other Relief*

## § 102-74.365 To whom does this subpart apply?

The rules in this subpart apply to all property under the authority of GSA and to all persons entering in or on such property. Each occupant agency shall be responsible for the observance of these rules and regulations. Federal agencies must post the notice in the Appendix to this part at each public entrance to each Federal facility

## § 102-74.385 What is the policy concerning conformity with official signs and directions?

Persons in and on property must at all times comply with official signs of a prohibitory, regulatory or directory nature and with the lawful direction of Federal police officers and other authorized individuals.

## § 102-74.390 What is the policy concerning disturbances?

All persons entering in or on Federal property are prohibited from loitering, exhibiting disorderly conduct or exhibiting other conduct on property that -

**(a)** Creates loud or unusual noise or a nuisance;

**(b)** Unreasonably obstructs the usual use of entrances, foyers, lobbies, corridors, offices, elevators, stairways, or parking lots;

**(c)** Otherwise impedes or disrupts the performance of official duties by Government employees; or

**(d)** Prevents the general public from obtaining the administrative services provided on the property in a timely manner.

## § 102-74.450 What are the penalties for violating any rule or regulation in this subpart?

A person found guilty of violating any rule or regulation in this subpart while on any property under the charge and control of GSA shall be fined under title 18 of the United States Code, imprisoned for not more than 30 days, or both.

## § 102-74.455 What impact do the rules and regulations in this subpart have on other laws or regulations?

No rule or regulation in this subpart may be construed to nullify any other Federal laws or regulations or any State and local laws and regulations applicable to any area in which the property is situated (40 U.S.C. 121 (c)).

U.S.                    docket
    v.         :        no: 16-CR-528
RADIN         x              (HBP)
                       Amended
                       Motion: To
                       disqualify
                       Magistrate Pitman
                       and AVSA LAKE
                       And Motion to
                       Dismiss for
                       Lack of
                       Jurisdiction
                       & other Relief

https://www.fletc.gov/audio/territorial-jurisdiction-federal-property-mp3

The link above will take you to the Federal Law Enorcement Trainng Centers

# Territorial Jurisdiction on Federal Property (MP3)



Download

Solari: Welcome to the next in our series of podcasts. I'm Jenna Solari, a senior instructor in the FLETC Legal Division, and with me today is another senior instructor in Legal Division, Steve Perry. Today, we are going to be discussing the exercising of federal law enforcement authority on government property, and also the ways in which federal ownership of land or property may affect federal law enforcement authority on those lands. Steve is our resident expert here, so Steve if you could tell our listeners a little bit about yourself.

Perry: Thanks Jenna. I've been in law enforcement for 34 years now. Most relevant to what this little podcast is about is my experience as a federal law enforcement officer with the U.S. Forest Service. I worked in Idaho, Montana, and various other states both as a uniformed officer and as an agent. About four years ago I took a job as a regional chief and spent three years up in Alaska with the U.S. Fish & Wildlife Service.

Solari: Great, well tell us: why is knowledge of the types of ownership of federal lands important to knowing what federal law enforcement actions can be taken there?

Perry: It all starts with the United States Constitution. Everyone in federal law enforcement knows that there must be a connection between the offense and the federal government, a nexus we call it, for federal law enforcement to take action. The vast majority of law enforcement work is done by state and local police, and has always been so.

Solari: So then the issue then is, when does a federal nexus, or a federal connection, create a need for federal law enforcement on a particular piece of federal property?

Perry: Correct. And federal land has certain territorial jurisdiction aspects.

Solari: Well, and what types of federal property are there?

Perry: Originally, there were relatively few pieces of federal property to be concerned about, a few forts, arsenals, post offices and federal buildings in large cities. There were always large tracts of undeveloped public lands in the western United States, and of course large areas of Indian country lands. But the United States government was land-rich, and it encouraged westward expansion for over a hundred years by giving away and cheaply selling federal lands. Originally, little federal law enforcement took place.

Solari: What happened as the population began to move westward?

Perry: As the population moved, states often gave land to the United States to encourage development of new federal military installations, post offices, veteran's hospitals, research facilities, forests, refuges, parks. The government also purchased lands as needed for facilities and federal courthouses and other buildings. In the late 1800s, the government began protecting the remaining pieces of federal lands, often removing them entirely from further development.

Solari: So how much land are we really talking about today? What does the U.S. Government own as far as land and buildings?

Perry: The U.S. owns more than you might think. In 2004 the General Services Administration estimated the United States government owns almost 30% of all land in the United States; that's around 670 million acres of land in the United States, plus another 1 million acres owned outside the country. The U.S. government also owns over 432,000 buildings and leases another 42,000 buildings.

Solari: Well, clearly there's no way the federal government can provide law enforcement services for all that property, those buildings and all that land.

Perry: No, and it was never intended that the United States do so. Remember that well over 90% of all law enforcement today is handled by state and local authorities. Federal officers and agents investigate and prosecute a very small percentage of criminal justice activity in the United States.

Solari: Is there a legal standard for determining the appropriate federal law enforcement support for all these properties and buildings?

Perry: Over time, there has come to be three general categories of federal land ownership. How much federal law enforcement is done, if in fact any is done at all, depends on what category of federal land we are talking about.

Solari: Well, let's start off with the largest category, which one's that?

Perry: The largest percentage of federal land is held in a category known as proprietary jurisdiction.

Solari: Well based on the name, sounds to me like that must mean Uncle Sam acts like a normal proprietor -- a property owner -- would act.

Perry: That's mostly correct. When the ownership of a piece of land, government land, is considered proprietary, the government is said to have taken over none of the state's obligations for law

enforcement. In other words, state and local law enforcement officers still handle calls for service as if the land were privately owned. The sheriff or city police will respond and they'll handle calls without regard to the property's ownership.

Solari: But realistically, the U.S. government's not really like a private landowner. I mean private landowners don't have their own legislative branch to make laws and regulations, for example. They don't have their own court systems.

Perry: Absolutely right. The Property Clause of the United States Constitution gives Congress the authority to make and enforce all necessary rules and regulations to protect federal property, including property that is held in proprietary jurisdiction status.

Solari: Well can you give us an example?

Perry: Millions of acres of national forest lands are considered to be proprietary jurisdiction. To help protect the valuable national resources found within, Congress has given the Department of Agriculture, through the U.S. Forest Service, power to enact regulations to control use and protect those national forest lands. There are laws found in the Code of Federal Regulations that require visitors to national forests to obey standard rules of behavior, for example to avoid damaging public property, and to get permits before taking or altering any natural features found in the forest.

Solari: But those Forest Service laws found in the Code of Federal Regulations, the CFR, can then only apply to the national forests? They don't apply anywhere else?

Perry: Generally, they apply only to national forest lands. However, sometimes activities occurring outside a national forest may interfere with the adjacent forest. A common example is a wildfire starting outside a national forest on private property. It may eventually burn onto United States land and damage U.S. property. In that case, the Forest Service regulations may apply and the person responsible for letting that fire escape will be prosecuted in federal court.

Solari: Ok, well and of course, a private landlord can't create his own police force to enforce the special rules or regulations that he created for his private property.

Perry: Unlike a private landlord, Congress has the authority to create law enforcement organizations to patrol and to protect areas of federal property. Violations occurring within the federal land will then be handled by a federal law enforcement officer. This occurs on many of our land management areas, national parks, national refuges and forests, and BLM lands, as well as in developed areas and federal buildings protected and patrolled by many of our federal police agencies. Many of them have their own CFR regulations that are enforced within their property.

Solari: Ok, so that's proprietary jurisdiction. What are the other two categories of jurisdiction under which the government owns land?

Perry: The United States can also own land under either exclusive or concurrent legislative jurisdiction. These categories are basically self-explanatory. If land is owned exclusively, the federal government takes over all the law enforcement responsibilities. Federal officers and agents are

responsible for handling all investigations and cases, and the local police do not come onto the facility to investigate or arrest suspects. The only power the non law enforcement officers would have in an area of exclusive jurisdiction would be to serve process, in other words, summons or subpoenas.

Solari: Alright, so state and locals then could come onto that piece of property that has exclusive jurisdiction to serve summons and subpoenas.

Perry: That's correct.

Solari: Ok. So the remainder of all of the law enforcement work done in that jurisdiction then would now be the responsibility of the federal government alone?

Perry: Yes. And that can be a real disadvantage if the agency lacks law enforcement resources to handle the crimes occurring there. Most of the federal property owned in the 1800s was held in exclusive jurisdiction. Today, it is probably the category with the fewest number of properties. However, military installations, federal buildings, post offices, and some other high value or security sensitive sites continue to be held in exclusive jurisdiction.

Solari: So then what is the third category of jurisdiction?

Perry: Concurrent legislative jurisdiction is the third type. It is considered partial jurisdiction because the federal government shares law enforcement responsibilities with the state and the local officers. In other words, should a crime occur on area owned concurrently with the state, either a federal law enforcement agency or a state or local law enforcement agency can respond, they can investigate, arrest and charge the suspect. If the federal officer or agent handles the case, that suspect will be tried in federal court. If arrested and charged by a state or local officer, the case will instead go to state or local court.

Solari: Well it seems like this category, concurrent jurisdiction, gives the federal law enforcement officer or agent the most options.

Perry: That's true. Many federal law enforcement agencies prefer to have concurrent jurisdiction on their lands, because they can share the workload, so to speak, with the state and local officers. However, concurrent jurisdiction brings other non-law enforcement responsibilities to that agency as well, and some agencies prefer to keep their properties held as proprietary jurisdiction.

Solari: That makes sense. Now Steve, I've heard the term "Special Maritime & Territorial Jurisdiction", or sometimes called SMTJ. I hear that used. Is that the same as what we're talking about here?

Perry: Not exactly the same thing. Exclusive jurisdiction and concurrent jurisdiction are included within the term Special Maritime & Territorial Jurisdiction, or SMTJ. That is a statute, 18 United States Code Section 7, that lists areas of federal jurisdiction for which certain crimes may be prosecuted.

Solari: So let's assume that a crime has occurred in an area of exclusive jurisdiction. So only federal law applies, and only a federal officer or agent can handle the case. But let's say the behavior, the offense that's occurring at the scene, doesn't have a federal statute to cover it. You're telling me we can't call in the state or local officers to handle it. So what do we do now?

Perry: Well that's a good question. Congress, long ago solved that problem, partially, and created a statute: Title 18 United States Code Section 13, that allows the officer or agent to assimilate an applicable state law under those circumstances. We know it as the Assimilative Crimes Act, it allows a federal officer who lacks an appropriate federal charge to use an appropriate state law in federal court. The charge is brought in the federal court, it's tried in the federal court, and if convicted the defendant does time in federal prison. The limitation on assimilative crimes is that if there is a federal statute covering the offense, that federal statute must be used. The officer can not shop between the jurisdictions to get the best charge in this case.

Solari: Alright. Well does the Assimilative Crimes Act work for concurrent and for proprietary jurisdiction also?

Perry: By definition, it does work, but only in the areas of exclusive or concurrent jurisdiction. It can not be used in areas of proprietary jurisdiction.

Solari: One last question: how would a person who has newly arrived at his or her duty station, find out which category he or she is working in?

Perry: The agency should always know how it legally holds all of its property. Often, there is no dispute about the ownership, and all lands are the same type. Other places may have a mixture of types. I know of national parks, forests and military installations in this country where some of the land is concurrent and nearby land across the road, purchased at a later date for example may be proprietary. There's even the potential for having all three types of jurisdiction within one federal installation. It's a question every officer and agent should ask when arriving at an unfamiliar area.

Solari: Well I'm glad you've put us on notice of this issue, Steve, because it seems like it could create a pretty sticky issue, depending on where an agent or officer finds him or herself once they get on the job. So thank you very much, Steve, for helping us out with this issue today.

Perry: You're welcome.

Solari: For those of you who want to hear more of our podcasts, you can find them online at www.fletc.gov/legal/podcasts.

# 18 U.S. Code § 113 - Assaults within maritime and territorial jurisdiction

**(a)**Whoever, within the special maritime and territorial jurisdiction of the United States, is guilty of an assault shall be punished as follows:

**(1)**
Assault with intent to commit murder or a violation of section 2241 or 2242, by a fine under this title, imprisonment for not more than 20 years, or both.

**(2)**
Assault with intent to commit any felony, except murder or a violation of section 2241 or 2242, by a fine under this title or imprisonment for not more than ten years, or both.

**(3)**
Assault with a dangerous weapon, with intent to do bodily harm, by a fine under this title or imprisonment for not more than ten years, or both.

**(4)**
Assault by striking, beating, or wounding, by a fine under this title or imprisonment for not more than 1 year, or both.

**(5)**
Simple assault, by a fine under this title or imprisonment for not more than six months, or both, or if the victim of the assault is an individual who has not attained the age of 16 years, by fine under this title or imprisonment for not more than 1 year, or both.

**(6)**
Assault resulting in serious bodily injury, by a fine under this title or imprisonment for not more than ten years, or both.

**(7)**
Assault resulting in substantial bodily injury to a spouse or intimate partner, a dating partner, or an individual who has not attained the age of 16 years, by a fine under this title or imprisonment for not more than 5 years, or both.

**(8)**
Assault of a spouse, intimate partner, or dating partner by strangling, suffocating, or attempting to strangle or suffocate, by a fine under this title, imprisonment for not more than 10 years, or both.



U.S.

v.

Radin    X

X docket number 16-CR-528(HBP)
Amended Motion: To disqualify Magistrate Pitman And AUSA Lake and Motion to Dismiss for Lack of Jurisdiction + Other Relief

U.S. DISTRICT COURT S.D.N.Y.
2017 FEB -3 A V 05
RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

       - v. -                       :        MISDEMEANOR
                             INFORMATION

LIDYA MARIA RADIN,                  :        16 Mag.

            Defendant.       :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1.   On or about January 28, 2016, in the Southern District of New York, LIDYA MARIA RADIN, the defendant, within the special maritime and territorial jurisdiction of the United States, knowingly and intentionally did assault another individual, to wit, RADIN pushed a Court Security Officer at the Federal Courthouse located at 500 Pearl Street, New York, New York.

(Title 18, United States Code, Section 113(a)(5).)

## COUNT TWO

The United States Attorney further charges:

2.   On or about July 7, 2016, in the Southern District of New York, LIDYA MARIA RADIN, the defendant, willfully and knowingly loitered, exhibited disorderly conduct, and exhibited other conduct on federal property that created loud and unusual noise

and nuisance, to wit, RADIN yelled and screamed in the lobby of the Federal Courthouse located at 500 Pearl Street, New York, New York.

(Title 41, Code of Federal Regulations, Section 102-74.390(a).)

### COUNT THREE

The United States Attorney further charges:

3.    On or about July 7, 2016, in the Southern District of New York, LIDYA MARIA RADIN, the defendant, willfully and knowingly failed to comply with signs of a prohibitory, regulatory, and directory nature, and the lawful direction of federal police officers and other authorized individuals on federal property, to wit, RADIN refused to comply with the lawful directions of authorized court security personnel that she leave the Federal Courthouse located at 500 Pearl Street, New York, New York.

(Title 41, Code of Federal Regulations, Section 102-74.385.)

_Preet Bhar_
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :        SUPERSEDING
                                             MISDEMEANOR
          - v. -                    :        INFORMATION

LIDYA MARIA RADIN,                  :        S1 16 Cr. 528 (HBP)

          Defendant.                :

- - - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

1.   On or about January 28, 2016, in the Southern District
of New York, LIDYA MARIA RADIN, the defendant, willfully and
knowingly failed to comply with signs of a prohibitory, regulatory,
and directory nature, and the lawful direction of federal police
officers and other authorized individuals on federal property, to
wit, RADIN refused to comply with the lawful directions of authorized
court security personnel that she not enter an elevator with another
individual at the Federal Courthouse located 500 Pearl Street, new
York, New York.

(Title 41, Code of Federal Regulations, Section 102-74.385.)

### COUNT TWO

The United States Attorney further charges:

2.   On or about July 7, 2016, in the Southern District
of New York, LIDYA MARIA RADIN, the defendant, willfully and

knowingly loitered, exhibited disorderly conduct, and exhibited other conduct on federal property that created loud and unusual noise and nuisance, to wit, RADIN yelled and screamed in the lobby of the Federal Courthouse located at 500 Pearl Street, New York, New York.

(Title 41, Code of Federal Regulations, Section 102-74.390(a).)

<u>COUNT THREE</u>

The United States Attorney further charges:

3.    On or about July 7, 2016, in the Southern District of New York, LIDYA MARIA RADIN, the defendant, willfully and knowingly failed to comply with signs of a prohibitory, regulatory, and directory nature, and the lawful direction of federal police officers and other authorized individuals on federal property, to wit, RADIN refused to comply with the lawful directions of authorized court security personnel that she leave the Federal Courthouse located at 500 Pearl Street, New York, New York.

(Title 41, Code of Federal Regulations, Section 102-74.385.)

PREET BHARARA
United States Attorney

U.S.              ×    docket no: 16-cr-528 (HBP)

                       Certificate of Service

     v.             :

RADIN            ×


I swear, under penalty of perjury, that
I served Assistant United States Attorney
Stephanie Lake with my" Amended
Motion: To Disqualify Magistrate
Pitman + AUSA Lake and Motion To
Dismiss For Lack of Jurisdiction +
Other Relief" on February 2, 2017,
by U.S. Mail, certified, return
receipt Requested, tracking number:
7016 0750 0000 7012 2921


Lidya Maria Radin
2-February-2017

Clerk of Court
500 Pearle Street
United States District
Court for the South
District of New York
New York, New York, 10007

RAFAEL JR
RADION
c/o Friendly
203 W. 107th St, #8A
New York, New York
10025

FEB 03 2017

USMS
SDNY