PETITION FOR ABATEMENT

**To**: UNITED STATES DISTRICT COURT, 500 Pearl Street, Room 520, New York, New York 10007.

**From:** Petitioner Lidya Maria Radin; Mail received: c/o Joe Friendly, 203 West 107th Street, #8A, New York, New York 10025.

**Regarding:** Notice to Appear, No. H5118172, attached and incorporated as a part of the is Petition for Abatement.

**COMES NOW,** Lidya Maria Radin, a live woman, by authority of the Constitution of the United States, to petition this court to abate the above referenced Notice to Appear on the following grounds:

1. The Notice to Appear against " LIDYA M RADIN ", a fictitious name, was mailed to me on April 28, 2016. If I ignore this Instrument I was threatened with arrest, so under duress and under threat of being beaten again and killed, see the attached affidavit of Dean Loren and Myself about the unwarranted physical assault on Me on January 28, 2016, that could have resulted in paralysis or death as I am conservatively managing spinal injuries, I approach this court with this petition that the court abate this Instrument so it cannot in its present form further restrain my liberties.

2. That this Instrument was mailed to Me is evidence that this is a case of misnomer or mistaken identity. The Instrument is against a fictitious name, "LIDYA M RADIN". My given, Christian name is " Lidya Maria Radin " with the initial letter capitalized as required by the Rules of English Grammar for the writing of the names of natural persons. My patronymic, family name or surname is "Radin" with the initial letter capitalized. The Notice to Appear does not name Me as a Party.

3. If the complainant or accuser has any claim or argument against me, it can bring a complaint or accusation against my real name. My objections herein will make it possible for the complainant or accuser to issue a corrected writ, which is the primary purpose of matters in abatement.

1

AO 234A
(Rev. 03/11)

# UNITED STATES DISTRICT COURT - NOTICE TO APPEAR

23

| VIOLATION NUMBER | LOCATION CODE | DATE VIOLATION NOTICE ISSUED | AMOUNT DUE |
|---|---|---|---|
| H5118172 | SY41 | 01/28/2016 | APPEARANCE REQUIRED |

| OFFENSE | | LICENSE PLATE NUMBER |
|---|---|---|
| SIMPLE ASSAULT | | |

| UNITED STATES OF AMERICA V. | DATE/TIME OF COURT APPEARANCE | COURT LOCATION |
|---|---|---|
| LIDYA M RADIN<br>JOE FRIENDLY<br>203 W 107TH ST 8A<br>NEW YORK, NY 10025 | 05/17/2016<br>10:30 AM | US MAGISTRATE JUDGE<br>U.S. COURTHOUSE<br>500 PEARL ST ROOM 520<br>NEW YORK, NY 10007 |

A violation notice issued to you personally, or placed on your vehicle, remains unanswered. Therefore, a date for you to appear in court has been scheduled.

If an amount due is shown above, you may pay this amount and avoid appearing in court. You may pay on-line at www.cvb.uscourts.gov or return the bottom portion of this form in the enclosed envelope with your check or money order. Make it payable to the **Central Violations Bureau**. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If the "Amount Due" block above is marked "MANDATORY" or "APPEARANCE REQUIRED," do not make any payment. You must appear in court on the date, time, and place shown above.

**By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.** If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state.

To avoid a court appearance, you must mail your payment at least 10 days before the date set for your court appearance. If you fail to pay or appear in court on the scheduled date, you will be subject to arrest. If you appear in court to plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes and will add a special assessment of $5, $10, or $25. A check is accepted subject to collection from the financial institution on which it is drawn. For further information, call CVB at 800-827-2982 or visit the website www.cvb.uscourts.gov.

**SPECIAL INSTRUCTIONS**

*[handwritten: Rejected for cash]*

--- *If payment has been sent, disregard this notice.* ---
*Detach this portion and return it with your payment*

| U. S. Courts - CVB<br>P.O. Box 71363<br>Philadelphia, PA 19176-1363<br>(800) 827-2982 | LOCATION CODE | VIOLATION NUMBER | AMOUNT DUE |
|---|---|---|---|
| | SY41 | H5118172 | APPEARANCE REQUIRED |

| DEFENDANT'S NAME AND ADDRESS | TO PAY BY CREDIT CARD, PLEASE COMPLETE THE FOLLOWING: |
|---|---|
| LIDYA M RADIN<br>JOE FRIENDLY<br>203 W 107TH ST 8A<br>NEW YORK, NY 10025 | Credit card type:  ☐ VISA  ☐ MC  ☐ AMEX  ☐ DISCOVER<br>Card holder name:<br>Credit card number:<br>Telephone number:<br>Expiration date:<br>Signature: |

You may pay on-line at www.cvb.uscourts.gov or you may pay by check or money order made payable to: **Central Violations Bureau**. Write the violation number and location code on your check or money order.