UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

UNITED STATES OF AMERICA            :

   -against-                       :    16 Cr. 528 (HBP)

LIDYA MARIA RADIN,                  :    ORDER

                  Defendant.   :

-------------------------------------X

        PITMAN, United States Magistrate Judge:

        The defendant has advised me that she wishes the full fourteen days permitted by Fed.R.Crim.P 32(f)(1) to object to the pre-sentence report. Accordingly, defendant's sentencing is adjourned to October 16, 2017 at 9:30 a.m. in Courtroom 18A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

        Defendant's time to file a reply in response to the government's letter dated September 8, 2017 is extended to September 30, 2017.

Dated:  New York, New York
       September 26, 2017

                               SO ORDERED

                               HENRY PITMAN
                               United States Magistrate Judge

Copies transmitted to:

All Parties