USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Lidya Maria Radin,

                Defendant.

1:16-cr-00528 (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall appear via Telephone for a conference in the above-captioned matter on Friday, December 11, 2020, at 2:00 p.m. to address the Defendant's surrender date. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
              December 9, 2020

_____
STEWART D. AARON
United States Magistrate Judge