USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Lidya Maria Radin,

            Defendant.

1:16-cr-00528 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, a Judgment was entered on the ECF docket on October 18, 2017 adjudicating the defendant guilty of two counts of failure to comply with signs and directions on federal property, in violation of 41 C.F.R. § 102-74.385, and one count of disorderly conduct on federal property, in violation of 41 C.F.R. § 102-74.390(a) (ECF No. 87); and

WHEREAS, the aforesaid Judgment sentenced the defendant to a term of imprisonment of 10 days on each count, to run concurrently for a total period of imprisonment of 10 days, and stated that her surrender was to be determined; and

WHEREAS, on March 18, 2018, then-District Judge Sullivan entered an Order affirming the defendant's conviction (ECF No. 117); and

WHEREAS, on September 15, 2020, the Second Circuit affirmed the judgment of conviction, following which the defendant's petition for rehearing *en banc* was denied; and

WHEREAS, on November 30, 2020, the mandate was issued by the Second Circuit (ECF No. 133); and

WHEREAS, on December 11, 2020, a telephone conference was held with the Government and the defendant to address the defendant's surrender date.

NOW, THEREFORE, it is hereby ORDERED, as follows:

1. The defendant shall surrender to the United States Marshal for this district, located at 500 Pearl Street, Suite 400, New York, New York, at 10:00 a.m. on Monday, January 18, 2021, to serve her 10-day sentence.

2. The Court recommends to the Bureau of Prisons that the defendant serve her sentence at MDC Brooklyn and that she be housed in quarantine.

The Clerk of Court is respectfully requested to mail a copy of this Order to the defendant at the address indicated on the ECF docket. In addition, my Chambers shall email a copy of this Order to the defendant.

**SO ORDERED.**

DATED:     New York, New York
           December 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge