```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

          -against-

Lidya Maria Radin,

          Defendant.

1:16-cr-00528 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Since this case was reassigned to me, the defendant has sent numerous emails to the Court without authorization to do so, and also has left voicemails on the telephone line for my Chambers. These emails and voicemails are not being considered by the Court, and it is hereby ORDERED that the defendant cease and desist from sending any further emails to the Court and from calling my Chambers. If the defendant has any applications to make to the Court, she shall do so by formal written application to be filed on the ECF docket. Defendant may submit documents for filing by regular or express mail, or via overnight courier, to the Clerk of Court, Attention: Arraignments, 500 Pearl Street, New York, NY 10007.

The Clerk of Court is respectfully requested to mail a copy of this Order to the defendant at the address indicated on the ECF docket.

**SO ORDERED.**

DATED:    New York, New York
               December 17, 2020

                                                                          */s/ Stewart D. Aaron*
                                                                         STEWART D. AARON
                                                                          United States Magistrate Judge