**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **United States of America,** | |
| -against- | **1:16-cr-00528 (SDA)** |
| **Lidya Maria Radin,** | **ORDER** |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, an Order was entered in this case on December 11, 2020 (ECF No. 136) directing Defendant to surrender to the United States Marshal at 10:00 a.m. on Monday, January 18, 2021; and

WHEREAS, January 18, 2021 is a Federal holiday.

NOW, THEREFORE, it is hereby ORDERED, as follows:

1. The defendant shall surrender to the United States Marshal for this district, located at 500 Pearl Street, Suite 400, New York, New York, at 10:00 a.m. on Tuesday, January 19, 2021, to serve her 10-day sentence.

2. The Court once again recommends to the Bureau of Prisons that the defendant serve her sentence at MDC Brooklyn and that she be housed in quarantine.

The Clerk of Court is respectfully requested to mail a copy of this Order to the defendant at the address indicated on the ECF docket. In addition, my Chambers shall email a copy of this Order to the defendant.

**SO ORDERED.**

DATED:     New York, New York
           January 6, 2021

_____
STEWART D. AARON
United States Magistrate Judge